# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

LA'MONN HARRIS                                                                            PLAINTIFF

VS.                            1:15-CV-00114-BRW

THE CITY OF LEWISBURG, TENNESSEE
and BUCK BEARD                                        DEFENDANTS

## ORDER

Plaintiff's Motion in Limine (Doc. No. 51) is GRANTED IN PART and DENIED IN PART.

Plaintiff's unopposed request that there be no mention of unemployment compensation is GRANTED.

The forgery conviction is admissible. However, there is no need to talk about the probation revocation. I believe that Defendants can make the points he wants to make – that Plaintiff did not want to be a "laborer" – without going into how he got the job with Defendants.

The request that there be no mention of Plaintiff's work history before and after his employment with Defendants is DENIED. However, it seems to me that the only relevant work history before this job would be the fact that he was a truck driver, since Defendants' theory appears to be that Plaintiff wanted to return to being a truck driver.

IT IS SO ORDERED this 8th day of August, 2017.

                                                   /s/ Billy Roy Wilson
                                                   UNITED STATES DISTRICT JUDGE